RECEIVED
IN ALEXANDRIA, LA.
FEB 23 2011
TO:
BY:

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CALVIN JAMES | DOCKET NO. 10-CV-1706; SEC. P |
| VERSUS | JUDGE DEE D. DRELL |
| OFFICER CURTIS MASON | MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's claims **against the Bureau of Prisons** and against **Curtis Mason in his official capacity** are **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this 22nd day of February, 2011.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE