RECEIVED
IN ALEXANDRIA, LA
APR 1 9 2011
TONY R. MOORE, CLERK
BY: _____ DEPUTY

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

CALVIN JAMES                    DOCKET NO. 10-CV-1706; SEC. P

VERSUS                          JUDGE DEE D. DRELL

OFFICER CURTIS MASON            MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after a de novo review of the record, including the objections filed by the plaintiff, having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that Plaintiff's claims *against the Bureau of Prisons* and against *Curtis Mason in his official capacity* are **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B).

**THUS DONE AND SIGNED** at Alexandria, Louisiana, this _19th_ day of _April_, 2011.

**DEE D. DRELL**
**UNITED STATES DISTRICT JUDGE**