RECEIVED
MAR - 7 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CALVIN JAMES,<br>    Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-01706 |
| VERSUS | |
| CURTIS MASON, et al.,<br>    Defendants | JUDGE ~~DEE D. DRELL~~ James T. Trimble, Jr.<br>MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after independent (de novo) review of the record including the objections filed herein, and having determined that the findings and recommendation are correct under the applicable law;

IT IS ORDERED that defendants' motion to dismiss (Doc. 41) is GRANTED and James' action against the United States is DENIED AND DISMISSED WITH PREJUDICE for lack of subject matter jurisdiction.

IT IS ALSO ORDERED that defendants' motion for summary judgment (Doc. 41) is GRANTED and James' action against Mason is DENIED AND DISMISSED WITH PREJUDICE.

*Accordingly,* IT IS ORDERDED that James' action against all remaining defendants is DISMISSED IN ITS ENTIRETY WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 7th day of March, 2012.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE
UNITED STATES DISTRICT COURT