RECEIVED
OCT - 9 2013
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| CALVIN JAMES,<br>　　　Plaintiff | CIVIL ACTION<br>SECTION "P"<br>1:10-CV-01706 |
| VERSUS | |
| CURTIS MASON, et al.,<br>　　　Defendants | JUDGE JAMES T. TRIMBLE<br>MAGISTRATE JUDGE JAMES D. KIRK |

## J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the United States' motion for summary judgment (Doc. 70) is GRANTED and James' action against the United States is DISMISSED WITH PREJUDICE.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 9th day of October 2013.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE